IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| COLBY ISTRE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION  16-0328-WS-N |
| | ) |
| MONTCO OFFSHORE, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The plaintiff filed this action in August 2012.  (Doc. 1).  In December 2012, the plaintiff filed an amended complaint that added as defendants UMOE Schat-Harding, Inc. and UMOE Schat-Harding of Brazil, LLC (collectively, "the UMOE parties").  (Doc. 26).  In January 2013, the UMOE parties filed an answer and a third-party complaint against certain former parties herein.  (Docs. 36, 38).  After four years of litigation in the Eastern District of Louisiana, the remains of the case were transferred to this District in June 2016.  (Doc. 223).  In September 2016, in the absence of objection, the UMOE parties were granted leave to file a second supplemental and amended third-party demand.  (Doc. 237).  The pleading names PT Schneider Electric Manufacturing Batam ("Schneider") as third-party defendant.  (Doc. 242).

In March 2017, the UMOE defendants filed a status report reflecting that it will take until approximately December 2017 for its current attempt to perfect service on Schneider to run its course, (Doc. 253), "with no guarantee that it will succeed."  (Doc. 256 at 2).  In light of this information, the Magistrate Judge ordered the parties to file and serve position statements regarding either severing the UMOE parties' claims against Schneider under Rule 21 or bifurcating those claims for trial under Rule 42(b).  (*Id*.).  By the terms of the order, silence would

be deemed acquiescence in either course. (*Id*. at 3). The parties declined to respond to the Magistrate Judge's order.

The Court concludes that the relevant interests are best served by a severance under Rule 21. Accordingly, it is **ordered** that the UMOE parties' third-party claims against Schneider are **severed** from this action. The Clerk is directed to create a new civil action with the UMOE parties designated as the plaintiffs and Schneider as the defendant.[1]

DONE and ORDERED this 3rd day of May, 2017.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE

---

[1] The Clerk is directed to place in the new civil case file Documents 242-253, 256 and this order. The parties are free to request the Court to have additional documents placed therein.